United States Court of Appeals
Fifth Circuit

**F I L E D**

**February 18, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-41025
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JAIME DE LA CRUZ,

Defendant-Appellant.

---------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. C-03-CR-74-1
---------------------

Before HIGGINBOTHAM, EMILIO M. GARZA, and PRADO, Circuit Judges.

PER CURIAM:*

Jaime De La Cruz appeals his guilty plea conviction for possession with the intent to distribute more than 1000 kilograms of marijuana in violation of 21 U.S.C. § 841. He argues that 21 U.S.C. § 841 is unconstitutional in light of Apprendi v. New Jersey, 530 U.S. 466 (2000). De La Cruz concedes that this court rejected his argument in United States v. Slaughter, 238 F.3d 580, 582 (5th Cir. 2000), but asserts that he is raising it to preserve it for Supreme Court review. As the argument is

_____

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

foreclosed by circuit precedent, the judgment of the district court is AFFIRMED.